[No. 28823-7-I.    Division One.    June 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES E. CORLISS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-06971-7, Jim Bates, J., entered June 17, 1991. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Coleman and Becker, JJ.

[No. 32887-5-I.    Division One.    June 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. MARCUS ADRIAN ELLER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00219-4, David F. Hulbert, J., entered June 9, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33556-1-I.    Division One.    June 13, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD WILLIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-05267-3, Faith Enyeart Ireland, J., entered October 18, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33931-1-I.    Division One.    June 13, 1994.]

THE CITY OF SEATTLE, *Petitioner*, v. DARLENE SOELLNER, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-02278-2, Frank L. Sullivan, J., entered December 7, 1993. *Reversed* by unpublished per curiam opinion.